KATHRYN KENEALLY
Assistant Attorney General

LEE PERLA
Trial Attorney
U.S. Dept. of Justice
PO Box 683
Washington, DC 20044
Tel:    202-514-9593
Fax:    202-307-0054
Lee.Perla@usdoj.gov

DANIEL G. BOGDEN
United States Attorney
*Of Counsel*
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| EDWIN Y. FUJINAGA, an individual identified as President of MRI International, Inc.; MRI INTERNATIONAL, INC., a Nevada Corporation,<br><br>Petitioner,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Respondent. | No. 2:13-cv-00623-MMD-(CWH)<br><br><br>MOTION TO DISMISS PETITION TO QUASH SUMMONSES ISSUED TO MRI INTERNATIONAL, INC. AND ITS CORPORATE OFFICER (EDWIN Y. FUJINAGA) |

The United States of America ("United States"), through undersigned, pursuant to Rule 12(b)(1), moves for the Court to dismiss the petition to quash the summonses issued to MRI International, Inc. ("MRI") through its corporate officer, Edwin Y. Fujinaga ("Fujinaga").

In 26 U.S.C. § 7609, Congress waived the United States' sovereign immunity and created a statutory cause of action for quashing summonses issued to third-parties. However, Congress specifically excluded from § 7609 petitions to quash summonses "served on the

person with respect to whose liability the summons is issued, or any officer or employee of such person." 26 U.S.C. § 7209(c)(2)(A).  Accordingly, neither MRI nor Mr. Fujinaga can show any waiver of the United States' sovereign immunity or otherwise assert any cause of action here.  Thus, the Court should dismiss under Rule 12 for want of jurisdiction.

In support of its motion, the United States offers the memorandum in support filed herewith.

Respectfully submitted,

KATHRYN KENEALLY
Assistant Attorney General

 /s/ Lee Perla
LEE PERLA
Trial Attorney, Tax Division
U.S. Department of Justice
PO Box 683
Washington, DC 20044
Tel:  (202) 616-9183

DANIEL G. BOGDEN
United States Attorney
*Of Counsel*
*Attorneys for the United States of America*

2

**<u>CERTIFICATE OF SERVICE</u>:**

I HEREBY CERTIFY that service of the foregoing has been made on this date by the Court's CM/ECF system on the following:

    Erick M. Ferran, Esq.
    Hitzke & Associates
    3753 Howard Hughes Pkwy, Ste. 200
    Las Vegas, NV 89169
    Tel:    702-784-7600
    Fax:    702-784-7649
    ferranlawoffice@gmail.com
    *Attorney for Petitioner*

                            <u>/s/ Lee Perla</u>
                            LEE PERLA
                            Trial Attorney, Tax Division
                            U.S. Department of Justice