UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWIN Y. FUJINAGA, an individual identified as President of MRI International, Inc.; MRI INTERNATIONAL, INC., a Nevada corporation,<br><br>Petitioners,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:13-cv-00623-MMD-CWH<br><br>ORDER |

Before the Court is the United States' Motion to Dismiss.  (Dkt. no. 4.) Petitioners have filed a notice of non-opposition, conceding that this case should be dismissed based on grounds of subject matter jurisdiction.  (Dkt. no. 5.)  Good cause appearing, the Motion to Dismiss is granted.

DATED THIS  6th day of  August 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE